IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

**Case No. 01-cv-1731-MSK-OES**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff, and

LEIGH ANN ORNELAS,

Plaintiff/Intervenor.

v.

MILGARD MANUFACTURING INCORPORATED,
d/b/a MILGARD WINDOWS, a Washington corporation,

Defendant.

---

**ORDER**

---

THE ABOVE-ENTITLED MATTER having come before the Court upon the Joint Motion to Amend Approved Consent Decree, filed by Plaintiff EEOC and Defendant Milgard Manufacturing, Inc., and the Court having considered the Motion and being fully advised in the premises, and good cause appearing therefor;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Joint Motion to Amend Approved Consent Decree is granted and the Consent Decree, previously approved by

the Court on May 19, 2004, is amended as detailed in the parties' joint motion.

DATED this 26th day of August, 2005.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge