IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 01-cv-01731-MSK-OES

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

       Plaintiff,

AND

LEIGH ANN ORNELAS,

       Plaintiff/Intervenor,

v.

MILGARD MANUFACTURING INCORPORATED,
d/b/a MILGARD WINDOWS, a Washington corporation,

       Defendant.

## ORDER APPROVING AMENDMENT OF CONSENT DECREE

This matter comes before the Court upon a Joint Motion to Approve Amendment of the Consent Decree, filed by Plaintiff Equal Employment Opportunity Commission and Defendant Milgard Manufacturing, Inc. The Plaintiff/Intervenor has not timely objected to the motion. Having considered the Motion and being fully advised of the premises, the Court

ORDERS that the Joint Motion to Approve Amendment Of The Consent Decree is granted. Paragraph 29 of the "Consent Decree" is amended to read as follows: "This Consent Decree shall remain in effect for four (4) years subsequent to the Effective Date, unless extended

by the Court for good cause shown."

Dated this 4th day of May, 2007

**BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge