IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 01-cv-01731-MSK-OES

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

        Plaintiff,

AND

LEIGH ANN ORNELAS,

        Plaintiff/Intervenor,

v.

MILGARD MANUFACTURING INCORPORATIOND,
d/b/a MILGARD WINDOWS, a Washington corporation,

        Defendant.

---

## ORDER REOPENING CASE AND DIRECTING THE PARTIES TO RESPOND

---

THIS MATTER comes before the Court on a document filed by Issiaka J. Namoko entitled "Re: Plaintiff's/Approved Class Member's Pleading, and Petition for Fairness Hearing Under the Consent Decree" **(#152)**.

**IT IS ORDERED** that the case is reopened and the parties shall file a response to this motion on or before December 14, 2007.

Dated this 26th day of November, 2007

                                       **BY THE COURT:**

                                       Marcia S. Krieger
                                       United States District Judge