IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 01-cv-01731-MSK-OES

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

        Plaintiff,

AND

LEIGH ANN ORNELAS,

        Plaintiff/Intervenor,

v.

MILGARD MANUFACTURING INCORPORATIOND,
d/b/a MILGARD WINDOWS, a Washington corporation,

        Defendant.

---

## ORDER SETTING HEARING

---

THIS MATTER comes before the Court on two documents (**#152, #154**) filed by Issiaaka I. Namoko, which the Court construes as a motion for a fairness hearing. The parties to this case filed a response (**#156**) and consent to a hearing.

**IT IS THEREFORE ORDERED** that a hearing is set for **February 1, 2008** at **1:30 p.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado for purposes of addressing Mr. Namoko's motion. The Clerk of Court shall serve a copy of this Order on Mr. Namoko.

Dated this 15th day of January, 2008

        **BY THE COURT:**

        _Marcia S. Krieger_

        Marcia S. Krieger
        United States District Judge