IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 01-cv-01731-MSK-OES

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

LEIGH ANN ORNELAS,

    Plaintiff/Intervenor,

v.

MILGARD MANUFACTURING, INCORPORATED, a Washington corporation d/b/a MILGARD WINDOWS,

    Defendant.

## ORDER APPROVING AMENDMENT OF CONSENT DECREE

The third joint motion of Plaintiff Equal Employment Opportunity Commission ("EEOC") and Defendant Milgard Manufacturing, Inc. ("Milgard") to approve an amendment to the "Consent Decree" having come before the Court, and the Court being fully apprised, it is

**ORDERED** that the joint motion **(#166)** is **GRANTED** and paragraph 29 of the "Consent Decree" is amended to read:

> "This Consent Decree shall remain in effect from the Effective Date to and including June 30, 2009, unless extended by the Court for good cause shown."

DATED this 22nd day of April, 2009.

**BY THE COURT:**

_/s/ Marcia S. Krieger_

Marcia S. Krieger
United States District Judge